UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY_____ *CAS* ____D.C.

2005 AUG -1  AM 10: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )    **Cr. No. 05-20252-D** |
| | ) |
| | ) |
| **ERRISS MCCLAIN,** | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Erriss McClain,

Booking Number: 05305294, R&I Number: 329534, (DOB: 6/27/85, SSN# 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), now

being detained in the Penal Farm, Memphis, TN , appear before the Honorable Tu M. Pham on

(day) 8th, (month) August, 2005, at (time) 2:00 pm for Initial Appearance and for such other

appearances as this Court may direct.

Respectfully submitted this 1st day of August, 2005.

Camille R. McMullen
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western

District of Tennessee, Memphis, TN, Mark Luttrell, Sheriff/Warden, Penal Farm, Memphis, TN .

YOU ARE HEREBY COMMANDED to have Erriss McClain appear before the

Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 1st day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20252 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT