# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 10  AM 10: 56

CLERK, US. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA

v.

ERRISS MCCLAIN                                    No. 05cr20252-2-D

---

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

The defendant had previously notified the Court that he is attempting to obtain private counsel to represent him in this action. The defendant appeared this day without the benefit of counsel and requested that counsel be appointed.

The Court determined that defendant does qualify for court appointed counsel and appointed an attorney from the CJA Panel to represent him.

Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), the time period of _08/10/05_ through _08/17/05_ is hereby excluded to allow defense counsel additional time for effective preparation.

**ARRAIGNMENT IS RESET TO WEDNESDAY, AUGUST 17, 2005 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON.**

This _10th_ day of _August_, 2005.

S. Thomas _____

**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8/11/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20252 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT